IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                  CRIMINAL NO. 3:16 -cr- 76 DPJ-LRA

RODNEY NELSON a/k/a "Rod"

a/k/a "Rodney Davis" and

Bennie Evans

<u>Motion to Suppress Search and Evidence Obtained by Unlawful Search</u>

Comes now the Defendant, Rodney Nelson and moves this court to suppress an unlawful search and seizure and any evidence obtained by said unlawful search and seizure, and in support thereof, will show unto the court the following:

I.

Rodney Nelson was indicted for possession of controlled substances with intent to distribute and with possession of a firearms in support of this drug activity.

II.

That the defendant was stopped in his automobile on or about February 19, 2015.

III.

That the office stopping his vehicle did not have sufficient or probable cause to stop the automobile.

IV.

That the Defendant, who owned the automobile, did not consent to a search of said automobile. That the Defendant had a right to expect privacy in said automobile. The firearms belonged to his friend.

V.

That the officer who searched the automobile found firearms, which, unknown to Defendant, were in the automobile. They were not the Defendant's firearms. Neither the firearms nor

the PCP was in plain sight.

VI.

That a container allegedly containing PCP in very small amounts was also found.

VII.

That the search violated the Defendant's Fourth amendment rights against an unlawful search and seizure and other constitutional rights.

The Government opposes this motion.

That the Defendant moves to suppress any evidence of the unlawful search and seizure and any items found in said vehicle and moves to exclude any other evidence discovered in any way related to the stopping or search of the vehicle.

Dated this the _12____ day of _April, 2017.


/s/ Michael Knapp

Michael L. Knapp

Michael Knapp

251 August Drive

Brandon, Mississippi 39042

601-988-5308

<u>Certificate of Service</u>

I, Michael Knapp, do hereby certify that I have served Hon. Jerry Rushing  by  e-filing.


Dated this the __12_____ day of _April_, 2017.


_/s/ Michael Knapp

Michael L. Knapp

Michael L. Knapp, MSB #4203

215 August Drive

Brandon, Mississippi 39042

Telephone: 601-988-5308