# MICHAEL L. KNAPP

# 251 AUGUST DRIVE

# BRANDON, MISSISSIPPI 39042

July 10, 2019

Dear Rodney,

I received your letter and am sorry I was so late to respond. I am pulling out the file the discovery, since there is a court order against me giving you a copy. I am trying to get a box that will fit. I will also send you a docket and the judgment.

Sincerely,

_____

Michael L. Knapp