Rodney Nelson # 19972043
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

PITTSBURGH
PA 150
19 NOV '19
PM 8 L

RECEIVED
NOV 22 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201

